Jan D. Sokol, OSB #780873
jdsokol@lawssl.com
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706

*Attorneys for Plaintiff Hudson Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HUDSON INSURANCE COMPANY, a Delaware corporation,<br><br>         Plaintiff,<br><br>  v.<br><br>VOLANTE MOTORS, LLC, an Oregon limited liability company; VINCENT MCKOWEN, an individual; UNITED FINANCE CO., an Oregon corporation; UNITED AUTO CREDIT CORPORATION, a California corporation; CIG FINANCIAL, LLC, a California limited liability company; LOBEL FINANCIAL CORPORATION, a California corporation; and TRAILHEAD FEDERAL CREDIT UNION, an Oregon corporation,<br><br>         Defendants. | Case No. 3:18-cv-00622-MO<br><br>**STIPULATED MOTION FOR ORDER TO WITHDRAW FUNDS AND DISBURSE**<br>**(Interest Bearing Account–Interpleader)**<br><br>Pursuant to LR 67-3(a) |

  Pursuant to LR 67-3(a), all appearing parties move the Court for an Order to Withdraw Funds and Disburse. In support of this motion, the parties rely upon the below supporting memorandum, the proposed form of order submitted herewith and the case record on file.

///

///

Page 1 – STIPULATED MOTION FOR ORDER TO WITHDRAW FUNDS AND DISBURSE

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

## SUPPORTING MEMORANDUM

LR 67-3(a) provides that: "Upon motion or stipulation, the Court may order that funds be withdrawn from the registry of the Court for redeposit or disbursement." The parties to this matter are entitled to an Order that funds in the amounts set forth in the Proposed Order filed herewith, be withdrawn from the registry of the Court for disbursement.

First, all appearing parties stipulate that funds shall be disbursed from the proceeds of the Motor Vehicle Dealer's Surety Bond No. 10046713 (the "Bond") to Trailhead Federal Credit Union ("TFCU") in the amount of $12,926.78.

Second, pursuant to the Order of Interpleader (Dkt. 35) (the "Order of Interpleader"), filed on June 26, 2018, and granted on June 29, 2018 (Dkt. 35), funds in the amount of $3,125.00 shall be disbursed to Hudson as follows:

> Hudson shall be allowed to recover from the Bond Proceeds the sum of $3,125.00, as costs and attorney fees reasonably incurred in connection with this interpleader action.

Order of Interpleader (Dkt. 35) at 2.

Third, pursuant to the Order of Interpleader, as the amounts disbursed to the defendants to the interpleader action are less than the Bond proceeds tendered to the Court, funds in the amount of $23,948.22 shall be disbursed to Hudson. Order of Interpleader (Dkt. 35) at 3.

In summary, the appearing parties stipulate to the following disbursement of funds deposited with the Court: (i) $12,926.78 to TFCU; and (ii) $27,073.22 to Hudson ($3,125.00 plus $23,948.22).

///
///
///
///

Page 2 – STIPULATED MOTION FOR ORDER TO WITHDRAW FUNDS AND DISBURSE

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

## CONCLUSION

For the foregoing reasons, the parties request that the Court enter the Proposed Order submitted with this motion to withdraw and disburse bond funds previously deposited with the Clerk of the Court in the amounts set forth therein.

DATED this 6th day of July, 2018.

IT IS SO STIPULATED:

| Stewart Sokol & Larkin LLC | Lobel Financial Corporation |
|---|---|
| By: *s/ Jan D. Sokol*<br>Jan D. Sokol, OSB #780873<br>jdsokol@lawssl.com<br>*Attorneys for Plaintiff*<br>*Hudson Ins. Co.* | By: *s/ Ron Green*<br>Ron Green<br>RGreen@LobelFinancial.com<br>*Senior Counsel and Authorized Agent*<br>*for Defendant Lobel Financial*<br>*Corporation* |

Scarborough McNeese Oelke & Kilkenny PC

By: *s/ Peter C. McCord*
Peter C. McCord, OSB # 721570
Email: pcm@smoklaw.com
*Attorneys for Trailhead Federal*
*Credit Union*

Page 3 – STIPULATED MOTION FOR ORDER TO WITHDRAW FUNDS AND DISBURSE

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATED MOTION FOR ORDER TO WITHDRAW FUNDS AND DISBURSE** on:

| | |
|---|---|
| Mr. Ron Green<br>Lobel Financial Corporation<br>1150 N. Magnolia Avenue<br>Anaheim, CA  92801-2604<br>Email: rgreen@lobelfinancial.com<br>*Senior Counsel and Authorized Agent for Defendant Lobel Financial Corporation* | Mr. Peter C. McCord<br>Scarborough McNeese Oelke & Kilkenny PC<br>5 Centerpointe Drive, Suite 240<br>Lake Oswego, OR 97035<br>Email: pcm@smoklaw.com<br>*Attorneys for Trailhead Federal Credit Union* |

by the following indicated method or methods:

☑   by **mailing** a full, true and correct copy thereof in a sealed, first-class postage-paid envelope, and addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

DATED this 6th day of July, 2018.

STEWART SOKOL & LARKIN LLC

By: *s/ Jan D. Sokol*
Jan D. Sokol, OSB #780873
jdsokol@lawssl.com
*Attorneys for Plaintiff Hudson Insurance Company*

CERTIFICATE OF SERVICE - 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706