Jan D. Sokol, OSB #780873
jdsokol@lawssl.com
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706

*Attorneys for Plaintiff Hudson Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HUDSON INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>VOLANTE MOTORS, LLC, an Oregon limited liability company; VINCENT MCKOWEN, an individual; UNITED FINANCE CO., an Oregon corporation; UNITED AUTO CREDIT CORPORATION, a California corporation; CIG FINANCIAL, LLC, a California limited liability company; LOBEL FINANCIAL CORPORATION, a California corporation; and TRAILHEAD FEDERAL CREDIT UNION, an Oregon corporation,<br><br>Defendants. | Case No. 3:18-cv-00622-MO<br><br>**ORDER TO WITHDRAW FUNDS AND DISBURSE**<br>**(Interest Bearing Account–Interpleader)** |

Funds were previously deposited with the Court pursuant to the Court's Order [Dkt. 6] of April 13, 2018. These funds were deposited into the interest-bearing Disputed Ownership Fund ("DOF") within the Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

///

Page 1 – ORDER TO WITHDRAW FUNDS AND DISBURSE

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

In accordance with the Stipulation [Dkt. 37], entered on July 6, 2018, the funds previously deposited with the Clerk of Court shall be withdrawn and distributed as follows:

1. **DOF fees:** Pursuant to Standing Order No. 2016-11, a DOF fee for the management of investments and tax administration has been previously deducted from the interest earned on the funds deposited with the Court.

2. **Payments:** The remaining funds shall be distributed as follows:

| *Payee(s)* | *Mailing Address* | *Amount* |
|---|---|---|
| Trailhead Federal Credit Union | c/o Peter C. McCord<br>Scarborough McNeese Oelke & Kilkenny PC<br>5 Centerpointe Drive, Suite 240<br>Lake Oswego, OR 97035 | $12,926.78 |
| Hudson Insurance Company | c/o Jan D. Sokol<br>Stewart Sokol & Larkin LLC<br>2300 SW First Avenue, Suite 200<br>Portland, Oregon 97201 | $23,948.22 |
| | **Total:** | **$36,875.00** |

3. **Interest:** The interest earned on funds deposited with the Court, less any DOF fee(s), shall be distributed to Hudson Insurance Company and mailed to c/o Jan Sokol, Stewart Sokol & Larkin, Suite 200, Portland, Oregon 97201.

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this Order pursuant to Local Rule 67-3(b).

The Clerk of Court is absolved of any liability by compliance with this Order.

///

///

///

///

Page 2 – ORDER TO WITHDRAW FUNDS AND DISBURSE

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

It shall be counsel's responsibility to confirm that any action required of the Clerk of Court or his designee by this Order has been performed.

IT IS SO ORDERED.

DATED this 12 day of July, 2018.

Honorable Judge Michael W. Mosman
Chief District Judge, U.S. District Court,
District of Oregon

Submitted by:

s/ Jan D. Sokol
Jan D. Sokol, OSB #780873
jdsokol@lawssl.com
2300 SW First Avenue, Suite 200
Portland, Oregon 97201
Telephone: (503) 221-0699
*Attorneys for Plaintiff Hudson Insurance Group*

---

For Court Use Only

---

**APPROVED AS TO FORM:**
Mary L. Moran, Clerk of Court

Renee Martinez
By: Financial Administrator

Page 3 – ORDER TO WITHDRAW FUNDS AND DISBURSE

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **ORDER TO WITHDRAW FUNDS AND DISBURSE** on:

| | |
|---|---|
| Mr. Ron Green<br>Lobel Financial Corporation<br>1150 N. Magnolia Avenue<br>Anaheim, CA 92801-2604<br>Email: rgreen@lobelfinancial.com<br>*Pro Se, Authorized Agent for Defendant Lobel Financial Corporation* | Mr. Peter C. McCord<br>Scarborough McNeese Oelke & Kilkenny PC<br>5 Centerpointe Drive, Suite 240<br>Lake Oswego, OR 97035<br>Email: pcm@smoklaw.com<br>*Attorneys for Trailhead Federal Credit Union* |

by the following indicated method or methods:

☑    by **mailing** a full, true and correct copy thereof in a sealed, first-class postage-paid envelope, and addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

DATED this 9th day of July, 2018.

STEWART SOKOL & LARKIN LLC

By: *s/ Jan D. Sokol*
Jan D. Sokol, OSB #780873
jdsokol@lawssl.com
*Attorneys for Plaintiff Hudson Insurance Company*

Page 1 – CERTIFICATE OF SERVICE

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706