UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **HUDSON INSURANCE COMPANY**, a Delaware corporation,<br><br>          Plaintiff,<br><br>v.<br><br>**VOLANTE MOTORS, LLC**, an Oregon limited liability company; **VINCENT MCKOWEN**, an individual; **UNITED FINANCE CO.**, an Oregon corporation; **UNITED AUTO CREDIT CORPORATION**, a California corporation; **CIG FINANCIAL, LLC**, a California limited liability company; **LOBEL FINANCIAL CORPORATION**, a California corporation; and **TRAILHEAD FEDERAL CREDIT UNION**, an Oregon corporation,<br><br>          Defendants. | Case No. 3:18-cv-00622-MO<br><br>ORDER GRANTING AMENDED MOTION FOR AWARD OF ATTORNEY FEES |

**Mosman, J.**,

  IT IS HEREBY ORDERED:

  1. Plaintiff Hudson Insurance Company's Amended Motion for Award of Attorney Fees [57] is GRANTED;

1- ORDER GRANTING AMENDED MOTION FOR AWARD OF ATTORNEY FEES

2. Plaintiff is hereby awarded attorney fees and costs against Defendants Volante Motors, LLC and Vincent McKowen in the principal sum of $2,853.00, together with interest at the statutory rate until paid in full.

IT IS HEREBY ADJUDGED AND DECREED this  27  day of November, 2018.

*Michael W. Mosman*
Michael W. Mosman
Chief United States District Judge