Jan D. Sokol, OSB #780873
jdsokol@lawssl.com
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706

*Attorneys for Plaintiff Hudson Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HUDSON INSURANCE COMPANY, a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>VOLANTE MOTORS, LLC, an Oregon limited liability company; VINCENT MCKOWEN, an individual; UNITED FINANCE CO., an Oregon corporation; UNITED AUTO CREDIT CORPORATION, a California corporation; CIG FINANCIAL, LLC, a California limited liability company; and TRAILHEAD FEDERAL CREDIT UNION, an Oregon corporation,<br><br>        Defendants,<br><br>ALISHA HENDRY, an individual,<br><br>        Intervenor Defendant. | Case No. 3:18-cv-00622-MO<br><br>**JOINT MOTION FOR SUPPLEMENTAL ORDER TO WITHDRAW FUNDS AND DISBURSE (Interest Bearing Account– Interpleader)**<br><br>Pursuant to LR 67-3(a) |

   Pursuant to LR 67-3(a), Plaintiff Hudson Insurance Company ("Hudson") and Intervenor Defendant Alisha Hendry ("Hendry") jointly move the Court for a Supplemental Order to Withdraw Funds and Disburse. In support of this motion, the parties rely upon the below supporting memorandum, the proposed form of order submitted herewith, and the case record on file.

Page 1 – JOINT MOTION FOR SUPPLEMENTAL ORDER
TO WITHDRAW FUNDS AND DISBURSE

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

## SUPPORTING MEMORANDUM

LR 67-3(a) provides that: "Upon motion or stipulation, the Court may order that funds be withdrawn from the registry of the Court for redeposit or disbursement." The parties to this matter are entitled to a Supplemental Order that remaining funds in the amounts set forth in the Proposed Order filed herewith, be withdrawn from the registry of the Court for disbursement.

First, Hudson and Hendry, who is the only appearing and remaining unpaid claimant, stipulate that funds shall be disbursed from the proceeds of Motor Vehicle Dealer's Surety Bond No. 10046713 (the "Bond") to Hendry in the amount of $5,500.00.

Second, pursuant to the Order of Interpleader [**Dkt. 35**] and Order to Withdraw Funds and Disburse [**Dkt. 39**], as amended by the Order Granting Hendry's Motion to Intervene and Motion to Set Aside Order on Motion for Disbursement of Funds [**Dkt. 51**], the Court previously withdrew and disbursed funds in the amount of $16,051.78, including disbursement to Trailhead Federal Credit Union in the amount of $12,926.78 and $3,125.00 to Hudson. [**Dkt. 51**].

Third, pursuant to the Order of Interpleader [**Dkt. 35**], as amounts disbursed to the defendants to the interpleader action are less than the Bond proceeds tendered to the Court, funds in the amount of $18,448.22 shall be disbursed to Hudson. [**Dkt. 35**].

In summary, Hudson and Hendry stipulate to the following disbursement of the remaining funds deposited with the Court: (i) $5,500.00 to Hendry; and (ii) $18,448.22 to Hudson.

///
///
///
///
///

Page 2 – JOINT MOTION FOR SUPPLEMENTAL ORDER TO WITHDRAW FUNDS AND DISBURSE

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

## CONCLUSION

For the foregoing reasons, Hudson and Hendry request that the Court enter the Proposed Order submitted with this motion to withdraw and disburse bond funds previously deposited with the Clerk of the Court in the amounts set forth therein.

DATED this 7th day of May, 2019.

IT IS SO STIPULATED:

| STEWART SOKOL & LARKIN LLC | HANSON & WALGENKIM LLC |
|---|---|
| *s/ Jan D. Sokol* <br> Jan D. Sokol, OSB #780873 <br> jdsokol@lawssl.com <br> *Attorneys for Plaintiff Hudson Insurance Company* | *s/ Young Walgenkim* <br> Young Walgenkim <br> young@hansonwalgenkim.com <br> *Attorneys for Defendant Alisha Hendry* |

Page 3 – JOINT MOTION FOR SUPPLEMENTAL ORDER TO WITHDRAW FUNDS AND DISBURSE

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATED MOTION FOR SUPPLEMENTAL ORDER TO WITHDRAW FUNDS AND DISBURSE** on:

| | |
|---|---|
| Young Walgenkim<br>Hanson & Walgenkim LLC<br>838 Commercial Street NE<br>Salem, OR  97301<br>Email: young@hansonwalgenkim.com<br>*Of Attorneys for Intervenor Alisha Hendry* | Peter C. McCord<br>Scarborough McNeese Oelke<br>& Kilkenny PC<br>5 Centerpointe Drive, Suite 240<br>Lake Oswego, OR 97035<br>Email: pcm@smoklaw.com<br>*Attorneys for Trailhead Federal Credit Union* |

by the following indicated method or methods:

- ☑ by **e-filing** a full, true and correct copy thereof to the attorney, as shown above, at the electronic mail address reflected on the court's CM/ECF system, on the date set forth below.

- ☑ by **mailing** a full, true and correct copy thereof in a sealed, first-class postage-paid envelope, and addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

DATED this 7th day of May, 2019.

STEWART SOKOL & LARKIN LLC

By: *s/ Jan D. Sokol*
Jan D. Sokol, OSB #780873
jdsokol@lawssl.com
*Attorneys for Plaintiff Hudson Insurance Company*

CERTIFICATE OF SERVICE - 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706