Jan D. Sokol, OSB #780873
jdsokol@lawssl.com
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706

*Attorneys for Plaintiff Hudson Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| HUDSON INSURANCE COMPANY, a Delaware corporation,<br><br>                          Plaintiff,<br><br>v.<br><br>VOLANTE MOTORS, LLC, an Oregon limited liability company; VINCENT MCKOWEN, an individual; UNITED FINANCE CO., an Oregon corporation; UNITED AUTO CREDIT CORPORATION, a California corporation; CIG FINANCIAL, LLC, a California limited liability company; LOBEL FINANCIAL CORPORATION, a California corporation; and TRAILHEAD FEDERAL CREDIT UNION, an Oregon corporation,<br><br>                          Defendants,<br><br>ALISHA HENDRY, an individual,<br><br>                          Intervenor Defendant. | Case No. 3:18-cv-00622-MO<br><br>**ORDER GRANTING JOINT MOTION FOR SUPPLEMENTAL ORDER TO WTIHDRAW FUNDS AND DISBURSE (Interest Bearing Account—Interpleader)** |

///

///

ORDER GRANTING JOINT MOTION FOR SUPPLEMENTAL ORDER TO WITHDRAW FUNDS AND DISBURSE - 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

IT IS HEREBY ADJUDGED AND DECREED as follows:

1. Hudson Insurance Company and Intervenor Defendant Alisha Hendry's Joint Motion for Supplemental Order to Withdraw Funds and Disburse (the "Joint Motion") [**ECF No. 66**] is hereby GRANTED.

2. In accordance with the Joint Motion, the remaining funds previously deposited with the Clerk of Court shall be withdrawn in part and distributed as follows:

   A. **Disputed Ownership Fund ("DOF") fees:** Pursuant to Standing Order No. 2016-11, a DOF Fee for the management of investments and tax administration has been previously deducted from the interest earned on the funds deposited with the Court.

   B. **Payments:** Funds in the amount of $23,948.22 shall be distributed as follows:

   | Payee(s) | Mailing Address | Amount |
   |---|---|---|
   | Alisha Hendry | c/o Young Walgenkim<br>Hanson & Walgenkim LLC<br>838 Commercial Street NE<br>Salem, OR 97301 | $5,500.00 |
   | Hudson Insurance Company | c/o Jan D. Sokol<br>Stewart Sokol & Larkin LLC<br>2300 SW First Avenue, Suite 200<br>Portland, Oregon 97201 | $18,448.22 |
   | | **Total:** | **$23,948.22** |

   C. **Interest:** The interest earned on the funds deposited with the Court and withdrawn and distributed pursuant to this order as provided in Paragraph B above ($23,948.22), less any DOF fee(s), shall be distributed to Hudson Insurance Company and mailed to c/o Jan Sokol, Stewart Sokol & Larkin, Suite 200, Portland, Oregon 97201.

///

ORDER GRANTING JOINT MOTION FOR SUPPLEMENTAL
ORDER TO WITHDRAW FUNDS AND DISBURSE - 2

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this Order pursuant to Local Rule 67-3(b).

The Clerk of Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to confirm that any action required of the Clerk of Court or his or her designee by this Order has been performed.

IT IS HEREBY ADJUDGED AND DECREED this  17  day of  May , 2019.

_____
Honorable Judge Michael W. Mosman
Chief District Judge, U.S. District Court, District of Oregon

SUBMITTED BY:

| STEWART SOKOL & LARKIN LLC | HANSON & WALGENKIM LLC |
|---|---|
| *s/ Jan D. Sokol* | *s/ Young Walgenkim* |
| Jan D. Sokol, OSB #780873 | Young Walgenkim |
| jdsokol@lawssl.com | young@hansonwalgenkim.com |
| Attorneys for Plaintiff Hudson Insurance Company | Attorneys for Defendant Alisha Hendry |

For Court Use Only

**APPROVED AS TO FORM:**
Mary L. Moran, Clerk of Court

_Renee Martinez_
By: Financial Administrator

ORDER GRANTING JOINT MOTION FOR SUPPLEMENTAL ORDER TO WITHDRAW FUNDS AND DISBURSE - 3

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706